UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | :     No. 3:03CR188 (CFD) |
| MICHAEL SPERO | :     NOVEMBER 2, 2004 |

### MOTION TO CONTINUE SENTENCING

1. The sentencing in the above-captioned matter is currently scheduled for November 12, 2004, at 10 a.m.

2. The undersigned will be away on vacation from November 4 through November 11, 2004, and again from December 8 through December 14, 2004.

3. The undersigned needs time to meet with the defendant prior to sentencing and prepare a sentencing memorandum.

4. The undersigned respectfully requests that the sentencing be continued.

5. The disposition of defendant's New Jersey conviction is different than anticipated, and defense counsel needs a few weeks to obtain material from the defendant's New Jersey attorney.

6. The Government has no objection to the granting of this request.

Respectfully submitted,

DEFENDANT, MICHAEL SPERO

By: /s/
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
(860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net

### **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 2nd day of November 2004 to:

John A. Danaher III
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103

Richard S. Cramer