UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    :

VS.                                          :          No. 3:03CR188 (CFD)

MICHAEL SPERO                                :          NOVEMBER 2, 2004

### MOTION TO CONTINUE SENTENCING

1.    The sentencing in the above-captioned matter is currently scheduled for November 12, 2004, at 10 a.m.

2.    The undersigned will be away on vacation from November 4 through November 11, 2004, and again from December 8 through December 14, 2004.

3.    The undersigned needs time to meet with the defendant prior to sentencing and prepare a sentencing memorandum.

4.    The undersigned respectfully requests that the sentencing be continued.

5.    The disposition of defendant's New Jersey conviction is different than anticipated, and defense counsel needs a few weeks to obtain material from the defendant's New Jersey attorney.

6.    The Government has no objection to the granting of this request.

GRANTED.    Sentencing shall be held at 11:00 a.m. on November 22, 2004.    So ordered.

Christopher F. Droney
United States District Judge
11/5/04