No. 3:03CR188(CFD)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, CUMBERLAND COUNTY CORRECTIONAL FACILITY, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of MICHAEL G. SPERO (DOB 11/23/61; Inmate No. 60653) now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said MICHAEL G. SPERO before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Friday, November 12, 2004 at 10:00 A.M., or from time to time thereafter as the case may be adjourned to, at which time the said MICHAEL G. SPERO will be sentenced, pursuant to his previous guilty plea for having violated Title 18, United States Code, Section 2423(b).

The foregoing Writ is hereby allowed. Dated at Hartford, Connecticut, this ___ day of November, 2004.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

KEVIN F. ROWE
CLERK, U. S. DISTRICT COURT

DEPUTY CLERK

True Copy
ATTEST:

KEVIN F. ROWE
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 10  A 9 57
U.S. DISTRICT COURT
HARTFORD

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:03CR188 (CFD)

MICHAEL G. SPERO : November 4, 2004

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by John A. Danaher III, Assistant United States Attorney, and respectfully informs this Honorable Court:

1.  On November 12, 2004, at 10:00 A.M., there will come before this Court, at Hartford, Connecticut, the criminal case of United States of America v. Michael G. Spero, Criminal No. 3:03CR188(CFD).

2.  That the above-named defendant, Michael G. Spero, is charged with violation of Title 18, United States Code, Section 2423(b).

3.  That the said Michael G. Spero is now confined at the Cumberland County Correctional Facility.

That the said Michael G. Spero should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden,

Cumberland County Correctional Facility, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said Michael G. Spero at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                            UNITED STATES OF AMERICA

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY

                            JOHN A. DANAHER III
                            ASSISTANT UNITED STATES ATTORNEY

STATE OF CONNECTICUT           :
                               : ss. Hartford, Nov. 4, 2004
COUNTY OF HARTFORD             :

Personally appeared before me John A. Danaher III, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

*[signature]*
S. Dave Vatti
Commissioner, Superior Court