# **EXHIBIT A**

The defendant shall participate in mental health treatment, with an emphasis on sexual offender treatment, either inpatient or out-patient, to include participation with polygraph administration, as directed by the United States Probation Office.  The defendant shall pay all, or a portion of, the costs associated with mental health treatment based on his ability to pay, in an amount to be determined by the probation officer;

The defendant shall allow Officers of the United States Office of Probation to inspect, at their discretion, any computer to which the defendant has access;

The defendant shall consent to third-party disclosure to any employer, potential employer, community service site, or other interested party, as determined by the probation officer, of any computer related restrictions that are imposed;

The defendant shall have no unsupervised contact with any child under 18 years of age. Supervision of his interaction with any child should be only with the approval of the United States Probation Officer and treatment provider;

The defendant shall permit the United States Probation Officer, accompanied by either local, state, or Federal law enforcement authorities, to conduct a search of the defendant's residence, automobile and workplace for the presence of sexually explicit materials;

The defendant shall comply with any applicable federal, state and local sex offender registry;

The defendant shall provide the probation officer with access to any requested financial records, including but not limited to, telephone bills and credit card statements;

The defendant shall not loiter around playgrounds, schools, arcades or any other places where children under the age of 18 congregate.  The defendant shall not associate with or have contact with convicted sex offenders or those considered inappropriate by the probation officer, unless as part of an approved counseling group;

The defendant is prohibited from holding any position of authority or guidance over children or youth groups involving individuals under the age of 18;

The defendant is prohibited from accessing or possessing sexually explicit materials involving minors.