UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:03CR188 (CFD) |
| MICHAEL SPERO | : | NOVEMBER 16, 2004 |

**MOTION TO CONTINUE SENTENCING**

1.    The defendant is currently scheduled for sentencing on November 22, 2004, at 9:30 a.m.

2.    The U. S. Marshals service has informed counsel that it is uncertain whether Mr. Spero will be brought back for that date, but if he is, he will not return to at least November 17 or 18.

3.    Assuming Mr. Spero will be incarcerated somewhere outside of Hartford, counsel will be unable to consult with him prior to sentencing on November 22, 2004.

4.    Mr. Spero is adamant, and the undersigned agrees, that in light of developments that have occurred since his transfer to New Jersey, counsel will need additional time to prepare for sentencing.

5.    Counsel again requests that Mr. Spero be brought back to Connecticut to Wyatt at least one or two weeks prior to the date set for sentencing.

6.     The Government has no objection to the granting of this request.

Respectfully submitted,

DEFENDANT, MICHAEL SPERO

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
(860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 16th day of November 2004 to:

John A. Danaher III
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103

_____
Richard S. Cramer