**FILED** 2004 NOV 16 P 1:33
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : No. 3:03CR188 (CFD) |
| MICHAEL SPERO | : NOVEMBER 16, 2004 |

## MOTION TO CONTINUE SENTENCING

1. The defendant is currently scheduled for sentencing on November 22, 2004, at 9:30 a.m.

2. The U. S. Marshals service has informed counsel that it is uncertain whether Mr. Spero will be brought back for that date, but if he is, he will not return to at least November 17 or 18.

3. Assuming Mr. Spero will be incarcerated somewhere outside of Hartford, counsel will be unable to consult with him prior to sentencing on November 22, 2004.

4. Mr. Spero is adamant, and the undersigned agrees, that in light of developments that have occurred since his transfer to New Jersey, counsel will need additional time to prepare for sentencing.

5. Counsel again requests that Mr. Spero be brought back to Connecticut to Wyatt at least one or two weeks prior to the date set for sentencing.

GRANTED, absent objection. The sentencing shall be held December 16, 2004 at 10:00 a.m. So ordered.

Christopher F. Droney
United States District Judge
11/17/04