UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

VS.                               :          No. 3:03CR188 (CFD)

MICHAEL SPERO                     :          DECEMBER 6, 2004

### MOTION TO CONTINUE SENTENCING

1.    The defendant is currently scheduled for sentencing on December 16, 2004, at 11 a.m.

2.    The undersigned was advised only in the last few days that the defendant was back in Connecticut.

3.    The undersigned will be out of the country on vacation from December 8 through December 14, 2004.

4.    Mr. Spero is adamant, and the undersigned agrees, that in light of developments that have occurred since his transfer to New Jersey, counsel will need additional time to consult with the defendant.

5.    Counsel will not have sufficient time before he leaves to visit with and interview the defendant at Garner Correctional Institution.  The undersigned will only have one day to meet and discuss issues with the defendant after his return on December 15, 2004.

6.    The Government opposes the granting of this request.

GRANTED.  The sentencing shall be held December 23, 2004 at 1:00 p.m. So ordered.

Christopher F. Droney
United States District Judge
12/  /04

Respectfully submitted,

DEFENDANT, MICHAEL SPERO

By: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
(860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 16th day of November 2004 to:

John A. Danaher III
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103

_____
Richard S. Cramer