UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:03CR188 (CFD) |
| MICHAEL SPERO | : | DECEMBER 22, 2004 |

**MOTION TO CONTINUE SENTENCING**

    1.    The defendant is scheduled for sentencing on December 23, 2004, at 1 p.m.

    2.    The defendant was only returned from New Jersey on or about December 1, 2004, and was not in communication with his counsel for about six months prior thereto because of unavailability.

    3.    Since returning to Connecticut, the defendant has been moved twice to different jails without notice to defense counsel.

    4.    Consequently, counsel was not able to consult with the defendant concerning his case, the Government's sentencing memorandum, and defense memorandum until December 21, 2004, at New Haven Correctional Center.

    5.    Defendant has not been allowed to possess paper, pen or pencil since his return to Connecticut and, thus, has been unable to make notes to assist counsel and to write down his proposed remarks for allocution at sentencing.

6. Counsel has been prohibited by defendant to send him relevant documents, such as Government's sentencing memorandum or the pre-sentence report, because other inmates might thereby learn of the nature of the charges against him.

7. Defendant has been continually held in suicide watch and psychiatric units since his return from New Jersey and is not yet in a mental state where he can adequately assist counsel at sentencing or collect his own thoughts to properly address the Court on disputed issues.

8. Defendant feels he needs to spend more time with counsel before he can be properly prepared for sentencing.

The Government opposes the granting of this request.

WHEREFORE, defendant requests a three week continuance of the date of sentencing.

Respectfully submitted,

DEFENDANT, MICHAEL SPERO

By:_____
    Richard S. Cramer
    449 Silas Deane Highway
    Wethersfield, CT 06109
    (860) 257-3500
    Federal Bar No. ct00016
    Email: cramer @ snet.net

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered this 22nd day of December 2004 to:

John A. Danaher III
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103

              _____
              Richard S. Cramer