AO 187A (Rev. 7/87)

**Govt**
~~DEFENDANT'S~~
EXHIBIT AND WITNESS LIST — CONTINUATION

USA vs. Spero    CASE NO. 3:03CR188 CFD

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/23/04 | 1 | | Sealed letter from Doctor |

FILED 2004 DEC 23 P 1:51 US DISTRICT COURT HARTFORD, CT