UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL NO. 3:03CR188(CFD) |
| MICHAEL G. SPERO | : | JANUARY 10, 2005 |

**MOTION FOR HEARING PURSUANT TO RULE 35**

The Government hereby moves, pursuant to Federal Rule of Criminal Procedure 35, for an opportunity to address an issue that has arisen since the sentencing of the defendant in above-captioned matter.

In the course of briefing issues relative to the sentencing in this matter, the defendant asserted that some of the special conditions of supervised release that the Government had requested were inappropriate, based on his claim that the Government had promised, in the plea agreement, not to seek such conditions. The Government, in a responsive pleading filed on January 6, 2005, opposed that claim, stating that no such promise had been made, but nonetheless offering to abide by any such promise that the defendant could identify. The defendant did not file any further pleadings, nor did the defendant expressly raise the allegation of "breach of the plea agreement" at sentencing. The Government, therefore, concluded at sentencing that the defendant was no longer pursuing that claim.

On this date, the undersigned counsel engaged in conversation with counsel for the defendant. In the course of discussing this topic, counsel for the defendant indicated that he had, in fact, intended to preserve this issue by his statement, at sentencing, that his position regarding special conditions of supervised release included all arguments that he had raised in his memoranda.

In view of counsel's position, and in order to clarify the record, the Government asks that the Court withhold the issuance of the Judgment in this case, and that the Court schedule a hearing to clarify this issue. The Government respectfully requests that such a hearing, if permitted, be scheduled to begin after the trial of United States v. Carter 3:04CR174(EBB), which is currently scheduled to begin on the morning of January 12, 2005, and is expected to be concluded approximately two weeks from that date.

Counsel for the defendant indicates that he is unable to take a position with regard to this motion at this time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05101
450 Main Street, Rm. 328
Hartford, CT   06103
(860) 947-1101


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed this 10th day of January, 2005, to the following:

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120


_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY

Case 3:03-cr-00188-CFD    Document 86    Filed 01/10/2005    Page 3 of 3