UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:03CR188(CFD) |
| | : | |
| MICHAEL G. SPERO | : | |

MOTION FOR AN ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of the original Indictment and also Count Two of the Superseding Indictment in the above-captioned matter.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JOHN A. DANAHER III
    UNITED STATES ATTORNEY
    Federal Bar No. ct05101
    450 Main Street
    Hartford, CT 06103
    (860) 947-1101

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

    _____
    CHRISTOPHER F. DRONEY
    UNITED STATES DISTRICT JUDGE

    Dated: _____
           Hartford, Connecticut

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 10th day of January, 2005, to the following:

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY