# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

District of Connecticut

United States of America

v.

Michael Spero

Docket Number: 3:03cr188 CFD

Hon. Christopher F. Droney
(District Court Judge)

FILED
2005 JAN 18 A 11: 14
U.S. DISTRICT COURT
HARTFORD, CT.

Notice is hereby given that __Michael Spero__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ XX ]; order [ ]; other [ ]; _____ (specify)

entered in this action on __1/7/05__ (date).

Offense occurred after November 1, 1987    Yes [ XX ]    No [ ]

The appeal concerns:    conviction only [ ] ;    sentence only [ XX ] ;    conviction and sentence [ ].

Date: January 10, 2005

TO:
Clerk
U. S. District Court
450 Main Street
Hartford, CT 06103

Richard S. Cramer
(Counsel for Appellant)

Address: 449 Silas Deane Highway
Wethersfield, CT 06109

Telephone Number: 860/257-3500

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

▶ **QUESTIONNAIRE**

[XX] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

**TRANSCRIPT INFORMATION – FORM B**

▶ **TRANSCRIPT ORDER**

Prepare transcript of
[ ] Pre-trial proceedings
[ ] Trial
[XX] Sentence
[ ] Post-trial proceedings

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).
Dates
12/23/04; 1/7/05

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment [ ] Funds [XX] CJA Form 24

ATTORNEY'S signature: _/s/_    DATE 1/10/05

▶ **COURT REPORTER ACKNOWLEDGEMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

**COPY 1 - ORIGINAL**