UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | NO. 3:03CR188 (CFD) |
| MICHAEL SPERO | : | JANUARY 25, 2005 |

### MOTION FOR PARTIAL STAY PENDING APPEAL

The defendant was sentenced on January 7, 2005, to a term of 99 months and to five years of supervised release. On January 18, 2005, the defendant appealed the sentence.

The Court also imposed a condition that the defendant be tested for sexually transmitted diseases ("STD"), and the defendant objected to this condition.

The 15½ year old victim in this case has been tested on three occasions for STD's, and as recently as 18 months after the incident with the defendant, the tests have all proven negative for the existence of HIV and other STD's. (Copy of father's December 2004 letter with victim's name deleted, attached).

It is the defendant's belief that the testing is to be done by the Bureau of Prisons and not during the defendant's supervised release period. If so, the blood for such tests will probably be drawn before the Second Circuit has had an opportunity to review the legality and constitutionality of this condition.

The defendant can find no provision in Title 18, or the Guidelines permitting the

condition which the Court imposed. Recognizing that this defendant, who is convicted of a sex crime, has a diminished expectation of privacy, the condition still imposes an invasion of privacy that is too invasive and totally unnecessary under the conditions of this case.

WHEREFORE, the defendant respectfully requests that this condition be stayed until the Court of Appeals issues its decision on the appeal.

Respectfully submitted,

DEFENDANT, MICHAEL SPERO


By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer@snet.net

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 25th day of January 2005 to:

John A. Danaher III
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103


_____
Richard S. Cramer