FILED

UNITED STATES DISTRICT COURT 2005 JAN 27  A 10: 54

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : 3:03CR188 CFD |
| MICHAEL SPERO | : JANUARY 26, 2005 |

## INDEX TO RECORD ON APPEAL

| VOLUME I | DOCUMENT NO. |
|---|---|
| Transcript of Guilty Plea on 3/15/04 | 1 |
| Transcript of Waiver of Right of Extradition Hearing on 6/2/04 | 2 |
| Transcript of Waiver of Right of Extradition Hearing on 6/10/04 | 3 |
| Transcript of Sentencing Hearing on 12/23/04 | 4 |
| Transcript of Sentencing Hearing on 1/7/04 | 5 |

| VOLUME II | DOCUMENT NO. |
|---|---|
| Certified Copy of Docket Sheet | 6 |
| Complaint with Affidavit filed 6/24/03 (Doc. #1) | 7 |
| Indictment filed 7/2/03 (Doc. # 9) | 8 |
| Superseding Indictment filed 8/6/03 (Doc. #18) | 9 |
| Government's Memorandum of Law filed 6/9/04 (Doc. #58) | 10 |
| Waiver and Consent to Transfer of Custody filed 6/10/04 (Doc. #60) | 11 |

Order filed 6/14/04 (Doc. #61)     12

Application for Writ of Habeas Corpus ad Prosequendum
filed 11/10/04 (Doc. #68)     13

Government's Sentencing Memorandum filed 11/12/04
(Doc. #69)     14

Defendant's Sentencing Memorandum filed 12/21/04
(Doc. #76)     15

Government's Response to Defendant's Sentencing
Memorandum filed 12/22/04 (Doc. #78)     16

Government's Second Supplemental Sentencing
Memorandum filed 12/29/04 (Doc. #82)     17

Defendant's Sentencing Memorandum filed
1/05/05 (Doc. #83)     18

Governments Sentencing Memorandum filed
1/6/05 (Doc. #84)     19

Judgment filed 1/7/05 (Doc. #88)     20

Restitution Order filed 1/14/05 (Doc. #89)     21

Notice of Appeal filed 1/18/05 (Doc. #90)     22

Clerk's Certificate     22

DEFENDANT,
MICHAEL SPERO

BY: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016