# DISTRICT OF CONNECTICUT - HARTFORD
## NOTICE OF APPEAL COVER MEMO

DATE: __January 19, 2005__    TO:    Intake Clerk

FROM:    Barbara Sunbury 240-3200

CASE TITLE:    USA vs. Spero

DOCKET NO.:    3:03cr188CFD

NOTICE OF APPEAL:    filed: __January 18, 2005__

APPEAL FROM:    final judgment: ✓

interlocutory: __

other: __

DOCKET SHEET:    Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

FEE STATUS:    Paid _____    Due _____    N/A ✓

IFP revoked _____    Application Attached _____

IFP pending before district judge _____

COUNSEL:    CJA ✓    Retained _____    Pro Se _____

TIME STATUS:    Timely ✓    Out of Time _____

MOTION FOR
EXTENSION OF TIME:    Granted _____    Denied _____

COA:    Granted _____    Denied _____

COMMENTS AND CORRECTIONS:

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Harder_    DATE: 01/24/05
DEPUTY CLERK, USCA

USCA No. _____