FILED

2005 FEB -9 P 2:29

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 3:03CR188 CFD |
| MICHAEL SPERO | : | JANUARY 26, 2005 |

## INDEX TO RECORD ON APPEAL

| | VOLUME I | DOCUMENT NO. |
|---|---|---|
| Transcript of Guilty Plea on 3/15/04 | | 1 |
| Transcript of Waiver of Right of Extradition Hearing on 6/2/04 | | 2 |
| Transcript of Waiver of Right of Extradition Hearing on 6/10/04 | | 3 |
| Transcript of Sentencing Hearing on 12/23/04 | | 4 |
| Transcript of Sentencing Hearing on 1/7/04 | | 5 |
| | **VOLUME II** | **DOCUMENT NO.** |
| Certified Copy of Docket Sheet | | 6 |
| Complaint with Affidavit filed 6/24/03 (Doc. #1) | | 7 |
| Indictment filed 7/2/03 (Doc. # 9) | | 8 |
| Superseding Indictment filed 8/6/03 (Doc. #18) | | 9 |
| Government's Memorandum of Law filed 6/9/04 (Doc. #58) | | 10 |
| Waiver and Consent to Transfer of Custody filed 6/10/04 (Doc. #60) | | 11 |

DATE: 2-1-05

Roseann B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT

| | |
|---|---|
| Order filed 6/14/04 (Doc. #61) | 12 |
| Application for Writ of Habeas Corpus ad Prosequendum filed 11/10/04 (Doc. #68) | 13 |
| Government's Sentencing Memorandum filed 11/12/04 (Doc. #69) | 14 |
| Defendant's Sentencing Memorandum filed 12/21/04 (Doc. #76) | 15 |
| Government's Response to Defendant's Sentencing Memorandum filed 12/22/04 (Doc. #78) | 16 |
| Government's Second Supplemental Sentencing Memorandum filed 12/29/04 (Doc. #82) | 17 |
| Defendant's Sentencing Memorandum filed 1/05/05 (Doc. #83) | 18 |
| Governments Sentencing Memorandum filed 1/6/05 (Doc. #84) | 19 |
| Judgment filed 1/7/05 (Doc. #88) | 20 |
| Restitution Order filed 1/14/05 (Doc. #89) | 21 |
| Notice of Appeal filed 1/18/05 (Doc. #90) | 22 |
| Clerk's Certificate | 22 |

DEFENDANT,
MICHAEL SPERO

BY: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016