FILED

2005 JAN 25 P 1: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : NO. 3:03CR188 (CFD) |
| MICHAEL SPERO | : JANUARY 25, 2005 |

## MOTION FOR PARTIAL STAY PENDING APPEAL

The defendant was sentenced on January 7, 2005, to a term of 99 months and to five years of supervised release. On January 18, 2005, the defendant appealed the sentence.

The Court also imposed a condition that the defendant be tested for sexually transmitted diseases ("STD"), and the defendant objected to this condition.

The 15½ year old victim in this case has been tested on three occasions for STD's, and as recently as 18 months after the incident with the defendant, the tests have all proven negative for the existence of HIV and other STD's. (Copy of father's December 2004 letter with victim's name deleted, attached).

It is the defendant's belief that the testing is to be done by the Bureau of Prisons and not during the defendant's supervised release period. If so, the blood for such tests will probably be drawn before the Second Circuit has had an opportunity to review the legality and constitutionality of this condition.

The defendant can find no provision in Title 18, or the Guidelines permitting the

*Denied. So ordered.* [handwritten margin note]