FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | USDC No. 3:03CR188(CFD) |
| v. | : | USCA No. |
| MICHAEL G. SPERO | : | FEBRUARY 16, 2005 |

Index ~~MOTION~~ TO SUPPLEMENT THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | COURT DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 08/13/03 | 23 | Transcript of Motion Hearing of 06/25/03 | 23 |
| 08/13/03 | 24 | Transcript of Presentment Hearing of 06/30/03 | 24 |
| 01/10/05 | 86 | Motion for Hearing Pursuant To Rule 35 by USA | 25 |
| N/A | N/A | Presentence Investigation Report ("PSR")[1] | 26 |

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05101
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

---

[1] It is the Government's understanding that the Probation Office will forward the PSR to be included in the record on appeal.



## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 16th day of February, 2005, to the following:

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120

JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY