UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | USDC No. 3:03CR188(CFD) |
|---|---|---|
| v. | : | USCA No. |
| MICHAEL G. SPERO | : | JULY 22, 2005 |

## MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B), the Government hereby moves this Court for an Order supplementing the record on appeal in the following respect:

| DATE OF DOCUMENT | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 07/19/05 | U.S. Marshals Service Prisoner Tracking System Report (2 pages) | 27 |

_____ Counsel for the defendant does not object to this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05101
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed this 22nd day of July, 2005, to the following:

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120

               _____
               JOHN A. DANAHER III
               ASSISTANT UNITED STATES ATTORNEY