```
                                              DATE: 07/19/2005  TIME: 10:06  PAGE:    1
                        UNITED STATES MARSHALS SERVICE
                           PRISONER TRACKING SYSTEM
                             DIST OF CONNECTICUT
                          DISTRICT: 14    OFFICE: HAR

                    INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                         NAME:    SPERO, MICHAEL GREG
                         USMS NUMBER: 15195014
```

RECEIVED
2005 JUL 19 P 2:00

I. IDENTIFICATION DATA:

   USMS NBR: 15195014    NAME: SPERO, MICHAEL GREG

   ADDRESS: 60 MILLAY RD.    MORGANVILLE, NJ                                           PHONE: 732-740-3293

   DOB: 11/23/1961   AGE: 43   POB: BROOKLYN, NY        SEX: M  RACE: W  HAIR: BRO  EYE: GRN  HEIGHT: 508  WEIGHT: 180

   SSN: 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   FBI NBR:           ALIEN NBR:

   OTHER NUMBER                OTHER NUMBER TYPE
   312279                      COUNTY JAIL NO.

   DETAINER/DATE   ACTIVE   AGENCY                         REMARK
   **/**/****        N

   PRISONERS ALIASES:           ALIAS REMARKS:
   NONE

   GENERAL REMARKS:
   6/25/03 FBI ARREST (INJURED WENT TO HTFD HOSP,
   6/26 TR VIA AMBULANCE TO UCONN HOSP. 6/28 TR
   MACDOUGAL. 6/30 INIT APP USDC HFD, RETURN
   MACDOUGAL CI. 7/24 TR GARNER CI. 7/31 TR CORRIGAN.
   6/17/04 RELEASED TO CUMBERLAND CO SHERIFF'S OFFICE
   IN NEW JERSEY 12/1/04 WHCAP FROM CUMBERLAND CO.
   COR FACILITY, NJ, REMAND CCC NH. 12/3 TR GARNER CI
   12/20 TR CCC NH. 1/11/05 TR WYATT. 1/7/05 SENT:
   CAG 99 MONTHS: SUPER REL 5 YRS: RESTITUTION
   $1,264.88. WT-DESIG.  2/1 DESIG FMC DEVENS WT-MOVE
   2/3/05 TR TO DEVENS BUS AT LIFT SITE FFR DESIG.


II. CASE INFORMATION:

   CTR   STATUS              COURT CASE NUMBER       FEDERAL COURT CITY
    1    RL-BOP              3:03CR188 CFD           HARTFORD

   CTR   JUDGE NAME                  US ATTORNEY NAME            DEFENSE ATTORNEY NAME
    1    DRONEY, CHRISTOPHER         DANAHER III, JOHN           CRAMER, RICHARD

   CTR   ARREST DATE   ARRESTING AGENCY        LOCATION OF ARREST   WARRANT NUMBER
    1    06/25/2003    OTHER                   BRISTOL, CT.

   CTR   OFFENSE                            OFFENSE REMARK                     DISPOSITION
    1    (3699) SEX OFFENSE                 INTERSTATE LURING MINOR FOR SEX    GUILTY (PLEA)

*** LIMITED OFFICIAL USE ***

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DIST OF CONNECTICUT
DISTRICT: 14   OFFICE: HAR

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME:   SPERO, MICHAEL GREG
USMS NUMBER: 15195014

| CTR | SENTENCE DATE | SENTENCE | APPEAL DATE |
|---|---|---|---|
| 1 | 01/07/2005 | CAG 99 MONTHS: SUPER REL 5 YRS | **/**/**** |

III. STATUS HISTORY

| CTR | STATUS | STATUS DATE | CUSTODY DATE | RELEASE DATE | REMARK |
|---|---|---|---|---|---|
| 1 | WT-TRIAL | 06/26/2003 | 06/26/2003 | **/**/**** | |
| 1 | RL-WRIT | 06/17/2004 | **/**/**** | 06/17/2004 | RELEASED TO CUMBERLAND CO SHERIFF'S OFFICE |
| 1 | WHCAP | 12/01/2004 | **/**/**** | **/**/**** | |
| 1 | WT-DESIG | 01/07/2005 | **/**/**** | **/**/**** | |
| 1 | WT-MOVE | 02/01/2005 | **/**/**** | **/**/**** | |
| 1 | RL-BOP | 02/03/2005 | **/**/**** | 02/03/2005 | |

IV. CHRONOLOGICAL PRISONER HISTORY

| INST CODE | INSTITUTION NAME | ADMIT DATE | RELEASE DATE | DAYS BOARDED | ACTION OR DISPOSITION |
|---|---|---|---|---|---|
| LOC | LOCAL MEDICAL FAC. | 06/26/2003 | 06/28/2003 | 2 | |
| 3WO | MACDOUGALL CORR CTR | 06/28/2003 | 07/24/2003 | 26 | |
| 1NT | CCI GARNER NEWTOWN | 07/24/2003 | 07/31/2003 | 7 | |
| 3YD | CORRIGAN C.I. | 07/31/2003 | 06/17/2004 | 322 | |
| 1AE | COMM CORR CTR NEW HA | 12/01/2004 | 12/03/2004 | 2 | |
| 1NT | CCI GARNER NEWTOWN | 12/03/2004 | 12/20/2004 | 17 | |
| 1AE | COMM CORR CTR NEW HA | 12/20/2004 | 01/11/2005 | 22 | |
| 3TB | WYATT DETENTION CTR | 01/11/2005 | 02/03/2005 | 23 | |

TOTAL DAYS BOARDED   421

V. MEDICAL CONDITION/TREATMENT HISTORY

| DATE SERVICE PROVIDED | VENDOR | SERVICE PROVIDED |
|---|---|---|
| 06/26/2003 | UNIV PHYS/DEMPSEY | INITIAL HOSPITAL CARE |
| 06/27/2003 | UNIV PHYS/DEMPSEY | HOSPITAL DISCHARGE DAY |
| 06/27/2003 | UNIV PHYS/DEMPSEY | ELECTROCARDIOGRAM REPORT |
| 06/27/2003 | AMER MED RESPONSE | AMBULANCE SERVICE 6/25 |
| 06/26/2003 | AMER MED RESPONSE | AMBULANCE 6/25/03 |
| 06/27/2003 | AMER MED RESPONSE | AMBULANCE 6/27/03 |

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

****** END OF REPORT ******