

102.

v10T 8/12/05

Counted. So ordered. N

FILED

2005 AUG -4 P 4: 28

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES              :

v.                         :       CRIMINAL NO. 3:03CR188(CFD)

MICHAEL G. SPERO           :       AUGUST 4, 2005

**GOVERNMENT'S MOTION FOR DISCLOSURE OF MEDICAL TESTING**

The Government has been advised that the Bureau of Prisons carried out this Court's Order that the defendant be tested for sexually-transmitted diseases, issued when the above-referenced defendant was sentenced by this Court on January 7, 2005. It is my further understanding that the Bureau of Prisons is seeking an Order from this Court, directing the medical staff at FCC- Devens to release the nature of the sexually-transmitted disease testing and the results of those tests to the Court. In addition to seeking an Order that the foregoing information be released to this Court, the Government also requests that the same information be released to the Government, so that it can be conveyed to the parents of the victim in this case. In addition, the Government requests that this Court order that the nature and result of the Bureau of Prisons' testing be made available to the defendant and, finally, that the nature and results of the testing be made a part of the record, under seal, so that it can be made available to the United States Court of Appeals for the Second Circuit.