**MANDATE**

CONN/NHCt
03-CR-188
Droney

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

USA,

    Appellee,

v.   Docket No(s). 05-0408-cr

SPERO,

    Appellant.

*UNITED STATES COURT OF APPEALS FILED SEP 14 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT*

## ORDER

Appellee's motion, on consent of appellant, to remand appeal no. 05-0408 to the district court in order to allow that court to determine whether to resentence appellant in light of the Supreme Court's decision in *United States v. Booker*, U.S., 125 S.Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005) is GRANTED with the following modifications. Because the error in applying the Sentencing Guidelines mandatorily was preserved for appellate review, the appeal is remanded to the district court with instructions to vacate the sentence and resentence appellant in conformity with *Booker*. *See United States v. Fagans*, 406 F.3d 138 (2d Cir. 2005). Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. See Fed.R. App.P. 3, 4 (b). A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order. The mandate shall issue forthwith.

FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK

By: *Tracy W. Young*
Tracy W. Young, Motions Staff Attorney

9-14-05
Date

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Ralph Abras*

MANDATE ISSUED: 9-14-05