UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:03CR188(CFD) |
| MICHAEL G. SPERO | : SEPTEMBER 29, 2005 |

GOVERNMENT'S MOTION FOR SCHEDULING ORDER

The above-captioned matter was the subject of an appeal taken to the United States Court of Appeals for the Second Circuit, Docket No. 05-0408-cr.  By Order dated September 14, 2005, the Second Circuit ordered that this matter be remanded to the district court for a determination of whether to resentence the appellant in light of the Supreme Court's decision in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005) and <u>United States v. Crosby</u>, 397 F.3d 103 (2d Cir. 2005).  <u>See also</u> <u>United States v. Fagans</u>, 406 F.3d 138 (2d Cir. 2005).  Pursuant to <u>United States v. Fagans</u>, the defendant having preserved his rights under <u>United States v. Blakely</u>, ___ U.S. ____ (2004), it appears that the defendant has a right to a full sentencing hearing and therefore has a right to be present at such a hearing.

Therefore, the Government hereby requests that this Court schedule a date for a sentencing hearing.  To the extent the Court is of the view that any additional sentencing memoranda would be helpful to the Court, the Government also requests that the Court set a briefing schedule, with the defendant having the opportunity to address any issues beyond those

already briefed in this matter, and with the Government having an opportunity to respond to any memoranda filed by the defendant.

The Government has consulted with counsel for the defendant, and said counsel has authorized the Government to represent that there is no objection to this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05101
450 Main Street, Rm. 328
Hartford, CT  06103
(860) 947-1101


CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed and faxed this 29th day of September, 2005, to the following:

Richard S. Cramer, Esq. (Facsimile 860-257-3498)
449 Silas Deane Highway
Wethersfield, CT 06109-2120

_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY