UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : NO. 3:03CR188 (CFD) |
| MICHAEL SPERO | : OCTOBER 11, 2005 |

## MOTION TO DEFER DATE OF RESENTENCING

1. The Government has filed a motion asking this court to set a date for the resentencing of the defendant.

2. The defendant's case was remanded for resentencing from the United State Court of Appeals for the Second Circuit in light of the U. S. Supreme Court decision in United States v. Booker, 125 S. Ct. 738 (2005) and the Second Circuit's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

3. The defendant respectfully requests that the court defer setting this case down for resentencing.

4. The defendant may seek to obtain certain psychiatric testing preliminarily to resentencing, and the results may be useful to the court for that purpose. It is unclear, as of the date of this motion, how long the testing will take.

5. Secondly, the defendant is concerned that if a date for resentencing is set at this time, defendant will be taken away from Ft. Devens and the rehabilitative programs that he is receiving there and be taken on a long circuitous journey throughout the country before the marshals ultimately return him to Federal Court in