UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:03CR188(CFD) |
| MICHAEL SPERO | : | DECEMBER 20, 2005 |

## MOTION TO CONTINUE DATE OF RESENTENCING

The defendant, Michael Spero, was sentenced by this court to a term of 99 months in prison and 5 years of Supervised Release on January 7, 2005. Subsequent thereto, based on a motion by the government, the Second Circuit remanded the case for resentencing in light of the Supreme Court decisions in United States v. Booker, 125 S. Ct. 738 (2005)  and the Second Circuit's decision in United States v. Crosby, 397 F3d 103 (2d Cir. 2005) and United States v. Fagans, 406 F3d 138 (2d Cir. 2005).

The court has scheduled resentencing of Mr. Spero for February 10, 2006.  On December 12, 2005, the undersigned counsel had a telephone conversation with Mr. Spero.

The defendant, through his family in New Jersey, is negotiating to retain Attorney Allan Ellis of California to represent the defendant at resentencing.

The undersigned counsel has communicated on numerous occasions with Mr. Ellis and has reason to believe Mr. Ellis will be retained in the not too distant future.

Mr. Ellis will be out of the country on February 10, 2006, and desires more time to adequately prepare for resentencing.

Mr. Ellis' practice is nationwide and involves representation of clients and seminars throughout the country,

Mr. Ellis is available for resentencing of Mr. Spero on April 25, 26 or May 1, 2006.

WHEREFORE, the defendant respectfully requests that resentencing be continued to those dates.  The Government does not object to this request for a continuance.

Respectfully submitted,

DEFENDANT, MICHAEL SPERO


By:_____
        Richard S. Cramer
        449 Silas Deane Highway
        Wethersfield, CT 06109
        (860) 257-3500
        Federal Bar No. ct00016
        Email: cramer @ snet.net