UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | :     NO. 3:03cr188 CFD |
| MICHAEL SPERO | :     JANUARY 24, 2006 |

## MOTION TO WITHDRAW PRO HAC VICE MOTION

On or about January 18, 2006, the undersigned counsel filed a motion pro hac vice for Alan Ellis, an attorney licensed to practice law in California, to represent the defendant, Michael Spero.

On January 23, 2006, counsel was informed that Attorney Ellis would not be representing Mr. Spero and new counsel from Pennsylvania would be filing their appearance.

WHEREFORE, the defendant respectfully requests permission to withdraw the motion for pro hac vice dated January 18, 2006.

Respectfully submitted,

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Email: cramer @ snet.net