UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:03CR188 (CFD) |
| MICHAEL G. SPERO | : | JANUARY 24, 2006 |

### MOTION FOR PERMISSION TO PROCEED PRO HAC VICE

Pursuant to Local Criminal Rule 1(c) and Local Civil R. 83.1(d), the undersigned hereby requests permission for Attorney Cheryl J. Sturm of Chadds Ford, Pennsylvania, to represent the defendant, Michael G. Spero, in the above-captioned case.

In support thereof, the undersigned counsel attaches an affidavit in conformity with Local Civil R. 83.1(d).

Respectfully submitted,

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed and hand

delivered this 18th day of January 2006 to:

| | |
|---|---|
| Alan Ellis, Esq.<br>910 Irwin Street<br>San Rafael, CA 94901 | John A. Danaher, III<br>Assistant U. S. Attorney<br>450 Main Street<br>Hartford, CT 06103 |

_____
Richard S. Cramer