UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : NO. 3:03CR188 (CFD) |
| MICHAEL G. SPERO | : JANUARY 24, 2006 |

### MOTION FOR PERMISSION TO PROCEED PRO HAC VICE

Pursuant to Local Criminal Rule 1(c) and Local Civil R. 83.1(d), the undersigned hereby requests permission for Attorney Cheryl J. Sturm of Chadds Ford, Pennsylvania, to represent the defendant, Michael G. Spero, in the above-captioned case.

In support thereof, the undersigned counsel attaches an affidavit in conformity with Local Civil R. 83.1(d).

Respectfully submitted,

By: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net

---

The Motion for Permission to Proceed Pro Hac Vice is GRANTED. Defendant Spero also is ORDERED to submit an updated affidavit regarding his eligibility for appointment of counsel (Attorney Cramer) under the Criminal Justice Act within fourteen (14) days of this order. So ordered.

Christopher F. Droney
United States District Judge
01/27/06