N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:03CR188 (CFD) |
| vs. | : |
| MICHAEL G. SPERO | : |

**AFFIDAVIT IS SUPPORT OF ADMISSION PRO HAC VICE**

Cheryl J. Sturm, Attorney at Law, being duly sworn at law avers that the the following is true and correct:

(1) she is a member in good standing of the Pennsylvania Supreme Court; the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania; the Northern, Southern, Eastern and Western Districts of New York; the Eastern District of Wisconsin; the District of Colorado, the Western District of Texas, Central District of Illinois, the United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth Circuits, Tenth and Eleventh Circuits; the Court of Appeals for the District of Columbia and the United States Supreme Court;

(2) she has never been denied admission or disciplined by this court or any other court.

(3) she has reviewed and is familiar with the local rules of the District of Connecticut.

(4) she maintains an office for the practice of law at 387 Ring Road, Chadds Ford, Pa. 19317; she does not maintain an office for the practice of law within the District of Connecticut.

Dated: January 23, 2006
Sworn to and subscribed to before me
Nancy Kay Eisenhardt
this 23rd day of February 2006

Cheryl J. Sturm
Attorney at Law
Federal Bar No. ct 12801

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NANCY KAY EISENHARDT, Notary Public
Birmingham Twp., Delaware County
My Commission Expires October 20, 2007

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 24th day of January, 2006 to:

| | |
|---|---|
| Cheryl J. Sturm<br>Attorney at Law<br>387 Ring Road<br>Chadds Ford, Pa. 19317 | John A. Danaher, III<br>Assistant U.S. Attorney<br>450 Main Street<br>Hartford, CT 06103 |

_____
Richard S. Cramer