UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

VS.                               :          No. 3:03CR188(CFD)

MICHAEL SPERO                     :          DECEMBER 20, 2005

### MOTION TO CONTINUE DATE OF RESENTENCING

The defendant, Michael Spero, was sentenced by this court to a term of 99 months in prison and 5 years of Supervised Release on January 7, 2005. Subsequent thereto, based on a motion by the government, the Second Circuit remanded the case for resentencing in light of the Supreme Court decisions in United States v. Booker, 125 S. Ct. 738 (2005) and the Second Circuit's decision in United States v. Crosby, 397 F3d 103 (2d Cir. 2005) and United States v. Fagans, 406 F3d 138 (2d Cir. 2005).

The court has scheduled resentencing of Mr. Spero for February 10, 2006.  On December 12, 2005, the undersigned counsel had a telephone conversation with Mr. Spero.

The defendant, through his family in New Jersey, is negotiating to retain Attorney Allan Ellis of California to represent the defendant at resentencing.

The undersigned counsel has communicated on numerous occasions with Mr. Ellis and has reason to believe Mr. Ellis will be retained in the not too distant future.

The motion to continue is DENIED AS MOOT, in light of Attorney Ellis' motion to withdraw from this case. This ruling is without prejudice to counsel filing a new motion to continue. So ordered.

Christopher F. Droney
United States District Judge
01/27/06