UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**APPEARANCE**

U.S. v. Michael Spero
Case No. 3:03-CR-188(CFD)

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in this case for:

Michael Spero

| | |
|---|---|
| Dated: February 1, 2006 | /s/Cheryl J. Sturm |
| Ct. Bar No. CT 12801 | Cheryl J. Sturm |
| 484-771-2000 | 387 Ring Road<br>Chadds Ford, Pa. 19317 |
| 484-771-2008 (Fax) | |
| Sturmcj@aol.com | |

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Richard S. Cramer
Attorney at Law
449 Silas Deane Highway
Wethersfield, CT 06109

John A. Danaher, III
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

/s/Cheryl J. Sturm
Cheryl J. Sturm, Attorney at Law