IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA                 : 3:03CR188 (CFD)


                vs.                      : FEBRUARY 1, 2006


MICHAEL SPERO                            :


MOTION FOR CONTINUANCE OF SENTENCING HEARING


Defendant, Michael Spero, by and through his attorney, hereby moves this

Honorable Court to continue the sentencing hearing set for February 10, 2006 for the

reasons set forth below:

(1) The motion for admission pro hac vice of Cheryl J. Sturm was granted on January

27, 2006.

(2) New counsel has been in the process of collecting the record that pertains to

resentencing.  She has not had the opportunity to review the complete file or to meet with

Mr. Spero in preparation for sentencing.

(3) The undersigned has consulted John A. Danaher, AUSA and Mr. Danaher does not

oppose the request to continue the sentencing hearing.

(4) The undersigned, Richard S. Cramer, Attorney at Law and John A. Danaher,

AUSA respectfully propose the dates of March 8, 9, 10, 14, 15, 16, 17, 2006 as possible

dates for the continuance.

WHEREFORE, Defendant moves this Honorable Court to continue the

sentencing date from February 10, 2006 to a date convenient to the Court and the parties.

Dated: February 1, 2006

Respectfully submitted,

/s/Cheryl J. Sturm
Cheryl J. Sturm
Attorney at Law
387 Ring Road
Chadds Ford, Pa. 19317
484-771-2000
Sturmcj@aol.com

Federal Bar No. CT12801

CERTIFICATE OF SERVICE

Cheryl J. Sturm, Attorney at Law, hereby certifies that on the 1st day of February, 2006 she caused a copy of the within Motion for Continuance of Sentencing Hearing to be served upon opposing counsel and all interest parties by United States Mail, first class postage pre-paid and addressed as follows:

Richard S. Cramer                          John A. Danaher, III
Attorney at Law                            Assistant U.S. Attorney
449 Silas Deane Highway                    450 Main Street
Wethersfield, CT 06109                     Hartford, CT 06103

<u>/s/Cheryl J. Sturm</u>
Cheryl J. Sturm
Attorney at Law