<div style="writing-mode: vertical-rl">The Clerk is ordered to docket this letter and include it in the Court's file. The Court authorizes disclosure of the defendant's presentence report to Dr. Thomas P. Foley to assist him in his evaluation of Mr. Spero, absent objection. So ordered.

Christopher F. Droney
United States District Judge
05/26/06</div>

# CHERYL J. STURM
ATTORNEY AT LAW
387 Ring Road
Chadds Ford, PA 19317
484-771-2000
Fax: 484-771-2008

33 Calle Encinitas
Rancho Mirage, CA 92270

*Member of the PA Bar*

*Kindly direct all correspondence to Chadds Ford, Pennsylvania*

May 18, 2006

The Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Harford, CT 06103

Re: USA v. Spero, 3:03CR188(CFD)

Dear Judge Droney:

    As I have previously notified the court, I have retained an expert for an evaluation of Mr. Spero. Thomas P. Foley, Ph.D., who will be conducting the examination, has asked whether he might review the presentence investigation report prepared for Mr. Spero as a part of his evaluation.

    I am respectfully requesting the Court's permission to disclose the presentence investigation report to Dr. Foley with the understanding that he would return it to me after he has read the report. Of course, the report will not be disclosed without that permission.

Respectfully submitted,

Cheryl J. Sturm
Attorney at Law

cc: John A. Danaher, III, AUSA
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, Ct. 06510