IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:03CR00188(CTD) |
| | : |
| | : |
| **V.** | : |
| | : |
| **MICHAEL SPERO**<br>    **Defendant** | : |

### MOTION TO WITHDRAW AS COUNSEL

Cheryl J. Sturm, Attorney at Law, hereby moves to be relieved as counsel in the matter captioned above as a result of a complete break down of the attorney client relationship. Defendant and counsel are not able to agree on whether the defendant is ready to proceed to sentencing or on the issues or the appropriate approach to sentencing.

WHEREFORE, the undersigned moves to be relieved as counsel in the matter captioned above.

Dated: July 13, 2006                                    Respectfully submitted,


                                                        /s/Cheryl J. Sturm
                                                        Cheryl J. Sturm
                                                        Attorney at Law
                                                        387 Ring Road
                                                        Chadds Ford, Pa. 19317
                                                        484-771-2000

CERTIFICATE OF SERVICE

Cheryl J. Sturm, Attorney at Law, hereby certifies that on the 13th day of July, 2006, she caused a copy of the within Motion to Be Relieved as Counsel to be served upon all interest parties by United States Mail, first class postage pre-paid:

Michael Spero
Register No. 15195-014
FMC Devens
P.O. Box 879
Ayer, MA 01430

John A. Danaher, AUSA
450 Main Street
Room 328
Hartford, CT 06103

Richard C. Cramer
Attorney at Law
449 Silas Deane Highway
Wethersfield, CT 06109

Dated: July 13, 2006                              /s/Cheryl J. Sturm
                                                  Cheryl J. Sturm
                                                  Attorney at Law