UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL NO. 3:03CR188(CFD) |
| MICHAEL G. SPERO | : | JULY 14, 2006 |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL

On July 13, 2006, counsel for the defendant moved to be relieved as counsel in the above-captioned matter. The defendant is currently scheduled to be resentenced on July 26, 2006 at 2:30 p.m.

The defendant's current counsel is the third attorney who has represented him in this matter, a matter that did not involve a trial and that has been marked by delays, postponements, and recalcitrance by the defendant on those occasions when he has been in the courtroom. The Government requests that, at a minimum, the instant motion not be resolved on the papers, but rather by oral argument, either through the use of video conference equipment at the Court's convenience, or else in person on July 26, 2006, at the time currently set aside for sentencing. The history of this case suggests that it is necessary for there to be a specific plan going forward, or else there will be additional, protracted delays in resolving this matter. The Government takes this position, not to inconvenience defense counsel or to prejudice the defendant in any way, but rather for the purpose of attempting to bring closure to the victim and his family, all of whom have been adversely affected,

not only by the conduct that led to this prosecution, but by the fact that this matter seems virtually incapable of final resolution.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JOHN A. DANAHER III
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct05101
        450 Main Street, Rm. 328
        Hartford, CT  06103
        (860) 947-1101


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed this 14th day of July, 2006, to the following:

Cheryl J. Sturm, Esq.
387 Ring Road
Chadds Ford, PA 19317

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120

        _____
        JOHN A. DANAHER III
        ASSISTANT UNITED STATES ATTORNEY