3:03CR188CFD

The Honorable Christopher F. Droney
U.S. District Court of Connecticut
450 Main St.
Hartford, CT 06103

2006 AUG 10 A 10:36
8/5/06

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Michael Spero, #15195-014
FMC Devens, GB
POB 879
Ayer, MA 01432-0879

Dear Judge Droney,

    I am writing to you to request that I be allowed to retain Ms. Cheryl Sturm as my Attorney of Record. After speaking on the phone, I feel that she will be able to represent my interests if given the additional time to prepare for my Sentencing Hearing. She has also agreed to continue on as my Representative.

    Thank you very much much for your consideration in this matter; and I apologize for any inconvenience that this episode has caused the Court.

Sincerely,

Michael Spero

P.S.  As per Bureau of Prisons policy, please make sure that your name appears on the return address, and that the envelope is marked "Legal Mail: Open only in the presence of the inmate".
Thank You

cc. Ms Cheryl Sturm

The Clerk is ordered to docket this letter, and send a copy to Attorney Cheryl Sturm. So ordered.

Christopher F. Droney
United States District Judge
08/15/06