## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**                    : 03CR 188 (CFD)

:

:

**V.**

:

:

**MICHAEL SPERO**

:

**Defendant**

### MOTION TO APPEAR BY VIDEO TRANSMISSION
### AT RESENTENCING HEARING SCHEDULED
### FOR OCTOBER 4, 2006

Defendant Michael Spero, by and through his attorney, hereby moves this

Honorable Court for leave to appear by video transmission at the resentencing hearing

scheduled for October 4, 2006.

The inquiry of Mr. Spero's counsel has established that both FMC Devens, where

Mr. Spero is incarcerated, and the United States District Courthouse where resentencing

will take place have the technical capabilities to allow Mr. Spero to appear by video

transmission at the resentencing hearing.

Mr. Spero requests to appear by video transmission and is willing to waive his

right to appear in the courtroom at sentencing.  Allowing Mr. Spero to appear by video

will be cost-efficient and will not prejudice the parties.

WHEREFORE, Defendant moves this Honorable Court to allow him to appear by

video transmission at the resentencing hearing scheduled for October 4, 2006.

2

Dated: September 5, 2006                          Respectfully submitted,


                                                 /s/Cheryl J. Sturm
                                                 Cheryl J. Sturm
                                                 Attorney at Law
                                                 387 Ring Road
                                                 Chadds Ford, Pa. 19317
                                                 484-771-2000

CERTIFICATE OF SERVICE

Cheryl J. Sturm, Attorney at Law, hereby certifies that on September 5, 2006 she

caused a copy of the within Motion to Appear by Video Transmission at the

Resentencing Hearing scheduled for October 4, 2006 to be served upon opposing counsel

and all interested parties by United States Mail, first class postage pre-paid and addressed

as follows:

John A Danaher, III, AUSA
U.S. Attorney's Office
450 Main Street
Hartford, CT 06103

Richard C. Cramer
Attorney at Law
449 Silas Deane Highway
Wethersfield, CT 06109

Michael Spero
Register No. 15195-014
FMC Devens
P.O. Box 879
Ayer, MA 01432

Dated: September 5, 2006                    /s/Cheryl J. Sturm
                                            Cheryl J. Sturm
                                            Attorney at Law