```
   DEVEN  540*23 *          SENTENCE MONITORING            *    09-22-2006
   PAGE 002       *           COMPUTATION DATA             *    12:24:33
                             AS OF 09-22-2006

REGNO..: 15195-014 NAME: SPERO, MICHAEL G


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-02-2005 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-07-2005
TOTAL TERM IN EFFECT............:    99 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 06-10-2003

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     06-25-2003    01-06-2005

TOTAL PRIOR CREDIT TIME.........: 562
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 360
TOTAL GCT EARNED................: 130
STATUTORY RELEASE DATE PROJECTED: 09-27-2010
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-22-2011


PROJECTED SATISFACTION DATE.....: 09-27-2010
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT 1

```
   DEVEN   540*23 *          SENTENCE MONITORING           *      09-22-2006
   PAGE 003 OF 003 *            COMPUTATION DATA           *      12:24:33
                                 AS OF 09-22-2006

REGNO..: 15195-014 NAME: SPERO, MICHAEL G


------------------------------- CURRENT DETAINERS: -----------------------------
DETAINER NO..: 001
DATE LODGED..: 10-27-2005
JURISDICTION.: STATE OF NEW JERSEY
AUTHORITY....: DOC/NJ
CHARGES......: SEX ASSAULT-FORCE OR COERCION




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```