UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:03CR188(CFD) |
| | : |
| MICHAEL G. SPERO | : |

MOTION FOR AN ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of the original Indictment and also Count Two of the Superseding Indictment in the above-captioned matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN A. DANAHER III
UNITED STATES ATTORNEY
Federal Bar No. ct05101
450 Main Street
Hartford, CT 06103
(860) 947-1101

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated: _____
Hartford, Connecticut

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 4th day of October, 2006, to the following:

Richard S. Cramer, Esq.
250 Hudson Street
Hartford, CT 06106

                                                      _____
                                                      JOHN A. DANAHER III
                                                      ASSISTANT UNITED STATES ATTORNEY