# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

FILED
2006 OCT -6  A 11: 39

United States
_____
Plaintiff(s),

v.

Case No. ___3:03cr188 CFD___

Michael Spero
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

MICHAEL SPERO
Name (print or type)

Hartford CC 177 Weston St.
Street Address

Hartford    CT    06120
City         State    Zip Code

(   )
Telephone Number

Rev. 10/3/05

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

__United States__
Plaintiff(s),

v.

__Michael Spero__
Defendant(s),

Case No. __3:03cr188 CFD__

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single __✓__  Married ____  Separated ____  Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____  No ____
Dependents: Wife __NONE__ Children # ____ Others # ____
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only. __NA__.

Name _____  Age ____
Name _____  Age ____
Name _____  Age ____

**RESIDENCE**
Street Address: _____
City: _____
Zip Code: _____ State: _____
Telephone: _____

Rev.10/3/05

2

## EDUCATION

Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 (8)     High School  9 10 11 (12)
College  1 2 3 (4)   Post-Graduate  1 2 3 (4)

## EMPLOYMENT   NA

If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:  Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: NA
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the __1__ day of JAN , ~~19~~ 2003
The name of my last employer: SELF - EMPLOYED
Address: _____
Telephone #: (   ) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following: N.A
Name of employer: _____
How long employed: _____
Income:  Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following: NA
I have been on welfare or receiving unemployment benefits since: _____
I am receiving $_____
for myself and family of _____ monthly _____ weekly _____

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following: N.A
I have been receiving social security, disability or workers' compensation benefits since: _____
I am receiving $_____ monthly _____ weekly _____

## FINANCIAL STATUS

Owner of real property?  Yes ____  No ✓
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev. 10/3/05

3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

<u>Other property:</u> *NONE*
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

<u>Cash or Securities on hand:</u> *NONE*
Cash in banks and savings and loan associations: _____
Names and addresses of banks and associations: _____

Stocks or bonds owned: *NONE*
Indicate current value and name of company and number of shares of stock or identify bonds: _____

**OBLIGATIONS:** *NONE*
Monthly rental on house or apartment:  $_____
Monthly mortgage payment on house:  $_____
Gas bill per month:  $_____
Electric bill per month:  $_____
Phone bill per month:  $_____
Car payments per month:  $_____
Car insurance payments per month:  $_____
Other types of insurance payments per month  $_____
Monthly payments to retail merchants:  $_____
 Please list: _____  $_____
 Please list: _____  $_____
Monthly payments on any other outstanding loans or debts: _____
 Please list: _____  $_____
 Please list: _____  $_____
Any money owed to doctors, hospitals, lawyers
 Please list: _____  $_____
 Please list: _____  $_____
Monthly payment for maintenance or child support under separation or dissolution agreement:  $_____
Estimated monthly expenditure on food:  $_____

Rev.10/3/05

4

Estimated monthly expenditure on clothing:   $ _____

Total amount of monthly obligations:   $ __0__

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

I'VE BEEN INCARCERATED SINCE JUNE, 2003

**PREVIOUS LITIGATION:**   NONE

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Date: 10/4/06

X _____
Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/4/06

_____
Original Signature of Affiant

Rev.10/3/05

5