Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of __Connecticut__

~~United States~~

Michael Spero

Docket No.: ~~39   3:03cr188 CFD~~

2006 OCT -6

Christopher F. Droney
(District Court Judge)

Notice is hereby given that ~~Michael Spero~~ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ XXX ], other [ _____ ] _____
(specify)

entered in this action on __10/4/06__
(date)

Offense occurred after November 1, 1987    Yes [ XX ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]   Sentence only [ XX ]   Conviction and Sentence [ ___ ]

Date __October 5, 2006__

TO
Clerk, U. S. District Cout
450 Main Street
Hartford, CT 06103

Richard S. Cramer
(Counsel for Appellant)

Address __250 Hudson Street__
__Hartford, CT 06106__

Telephone Number: __(860) 560-7704__

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|---|
| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [XXX] I am ordering a transcript<br>[___] I am not ordering a transcript<br>Reason<br>[___] Daily copy is available<br>[___] U.S. Attorney has placed order<br>[___] Other. Attach explanation | Prepare transcript of<br>[___] Prepare proceedings<br>[___] Trial<br>[ XX ] Sentencing __10/4/06__<br>[___] Post-trial proceedings | | Dates |

Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ XX ]

ATTORNEY'S SIGNATURE _/s/_    DATE __10/5/06__

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05