# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Docket No. |
| | : 3:03 CR 188 (CFD) |
| MICHAEL SPERO | : |

## RESTITUTION ORDER

The defendant, having been convicted of travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a person under eighteen years of age, in violation of section 2423(b) of Title 18 of the United States Code, is ORDERED as part of his sentence imposed by the Court on October 4, 2006 to make full restitution in the amount of **$1,264.88**. Restitution is to be paid at the rate of $200.00 per month during defendant's period of supervised release. Payment shall be made to the Clerk of the United States District Court, who will forward it to the victim's family, as identified in the sealed portion of the file.

It is further ORDERED that the requirement for interest and penalties as provided in Title 18 U.S.C. §§ 3612(f)(3), 3612(d) and (e), and 3572(h) and (I), is WAIVED.

In determining the amount of restitution, the Court has considered the amount of loss sustained by the victim as a result of the offense, the financial resources and other assets of the defendant, the projected future earnings and other income of the defendant, and the current and projected future financial obligations of the defendant. See 18 U.S.C. § 3664.

1

It is further ORDERED that the defendant shall notify the Court of any material change in his economic circumstances that might affect the defendant's ability to pay the restitution.

SO ORDERED this 20TH day of October 2006, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE