# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

VS.                                              :          3:03CR188 CFD

MICHAEL SPERO                        :          DECEMBER 11, 2006

## INDEX TO RECORD ON APPEAL

|  | VOLUME I | DOCUMENT NO. |
|---|---|---|
| Transcript of Resentencing Hearing on 10/4/06 | | 1 |

|  | VOLUME II | DOCUMENT NO. |
|---|---|---|
| Certified Copy of Docket Sheet | | 2 |
| Government's Sentencing Memorandum filed 9/25/06 (Doc. #142) | | 3 |
| Defendant's Reply Sentencing Memorandum filed 10/2/06 (Doc. #143 | | 4 |
| Notice of Appeal filed 10/6/06 (Doc. #150) | | 5 |
| Amended Judgment filed 10/23/06 (Doc. #152) | | 6 |
| Clerk's Certificate | | 7 |

DEFENDANT,
MICHAEL SPERO


BY:_____
          Richard S. Cramer
          250 Hudson Street
          Hartford, CT 06106
          Tel. (860) 560-7704
          Federal Bar No. ct00016
          Email: cramer@snet.net