# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### Motion Information Statement

**Docket Number(s):** 06-4728-cr

United States v. Spero

*[FILED stamp: UNITED STATES COURT OF APPEALS FEB 21 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT]*

**Motion For:** Cross-Motion for Summary Affirmance

**Set forth below precise, complete statement of relief sought:**

In light of defense counsel's motion to withdraw from representation pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the absence of any non-frivolous issue for appeal, the government cross-moves for summary affirmance.

| | |
|---|---|
| **Moving Party:** **UNITED STATES OF AMERICA** | **Opposing Party:** Michael G. Spero |

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner
☒ Appellee/Respondent

**Moving Attorney:** **KEVIN J. O'CONNOR**

United States Attorney
District of Connecticut
157 Church Street
New Haven, CT 06510

by: AUSA John A. Danaher III
Tel: 860-947-1101
e-mail: john.danaher@usdoj.gov

**Opposing Attorney:** Richard S. Cramer, Esq.

Firm: Law Office of Richard S. Cramer
Address: 250 Hudson Street
Hartford, CT 06106

Tel: 860-560-7704
e-mail: cramer@snet.net

**Court-Judge/Agency appealed from:** United States District Judge Christopher F. Droney, District of Connecticut

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?   ☐ Yes ☒ No
B. been obtained?   ☐ Yes ☒ No
Is **oral argument** requested?   ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument date** of appeal been set?   ☐ Yes ☒ No

If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made **below**?   ☐ Yes ☒ No
Has this relief been previously sought in this Court?   ☐ Yes ☒ No

**Requested return date and explanation of emergency:**

**Signature of Moving Attorney:** *[signature]*   **Date:** 2/20/07

Has **service** been effected?   ☒ Yes ☐ No
[Attach affidavit of service]

---

### ORDER

Before: Hon. Dennis Jacobs, Hon. *Chief Judge*,
Hon. Sonia Sotomayor, Hon. Richard C. Wesley, *Circuit Judges*.

**IT IS HEREBY ORDERED** that the motion be and it hereby is GRANTED

*[FILED stamp: UNITED STATES COURT OF APPEALS JUN 20 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

— A TRUE COPY —
Catherine O'Hagan Wolfe, Clerk

by *[signature]*

DEPUTY June 20, 2007
**Date**

For the Court:
Catherine O'Hagan Wolfe, Clerk

*[signature]* Lucille Carr

By: Lucille Carr, Deputy Clerk

— ISSUED AS MANDATE: 7/13/07